# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25–31269–cgb
Chapter No.: 11
Judge: Christopher G Bradley

IN RE: **DDJ Inc., LLC**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://www.zoomgov.com/my/bradley.txwb, Meeting ID: 160 1114 1085, OR call (669) 254–5252

on **3/25/26 at 10:45 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 40 Motion to Dismiss Case (21 Day Objection Language), Motion to Convert Case From Chapter 11 to Chapter 7 (21 Day Objection Language) ( Filing Fee: $ 15.00 ) filed by Erin Coughlin for U.S. Trustee United States Trustee – EP12. Hearing Scheduled For 3/25/2026 at 10:45 AM at https://www.zoomgov.com/my/bradley.txwb via Zoom or Meeting ID: 160 1114 1085. Any exhibits to be considered by the Court may be filed on the docket, as allowed by LR 7016–1(g). If exhibits are not filed on the docket, they should be emailed to the law clerks and Courtroom Deputy 5 calendar days before the hearing by 4 p.m.(CT). (Farrar, Ronda)

Dated: 3/5/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKapac]